RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 02 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

JAN 02 2015

Abel Acosta, Clerk

14-12-625-cr

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

DEC 17 2014

CHRISTOPHER A. PRINE
CLERK

TO: Court of Criminal Appeals:
of Texas:

V.

Nicolas Bustos, Appellant

On Appeal From the 337th District Court
Harris County, Texas

Trial Court Cause No. 1329619

I, Nicolas Bustos Spn#02450835 housing at the Harris County Jail. have a Ten Years. And been sitting here for 3 year's yes, I would like to file a (PDR) To challenge the action taken in my case. I, also like to file for a (Appeal Bond). Unfortunately, my Attorney have not ask for one. I, have also wrote The State of Texas Board of Pardons and Paroles. And, was told that I would not leave Harris County Jail. Im the (Tex. Crim. App. See Johnson vs. State, 423 S.W. 3d. 385 (Tex. Crim. App.) I have the right for these items. Im not challenging anything else. I, would like for all (panel consists of this case to look at this letter.) Tex. R. App. P.47. Z (b). Im Filing the (P.D.R) cause my Attorney didn't yes, I would like for the court's to Review All the decision. (Under Rule 67) or on the Petition of a party under Rule 68. I, understand that Discretionary Review by the Court of Criminal Appeals is not a matter of Rights, but of the court's discretion. I, would like a copy of, the court's ("Opinions"). Yes, I would like a ("Mandate"). I, take the time before to Write the court's, because I've been setting here 3 years.

And, I'm Ready to Move on with my "Life". I have filed on this day 12-4-14.

Thank You, Sincerely:

Nicolas Bustos Spn#02450835



# STATE OF TEXAS
# BOARD OF PARDONS AND PAROLES

November 21, 2014

Nicolas Bustos
Harris County Jail
1200 Baker Street
Houston, Texas 77002

Dear Bustos:

This is to acknowledge receipt of your correspondence dated August 06, 2014.

Since your case is on appeal, you will not be transferred into TDCJ.


Melissa Doolan
Huntsville IPO